UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

CHRISTINE M. NAPIERSKI, an aggrieved candidate
for public office in the Democratic Party, and
EUGENE E. NAPIERSKI, an enrolled voter of the
Democratic Party residing in the Town of Guilderland,

           Plaintiffs,

vs.

| | |
|---|---|
| THE GUILDERLAND DEMOCRATIC COMMITTEE, THE ALBANY COUNTY DEMOCRATIC COMMITTEE, JACOB CRAWFORD, Individually and as Chairman or Acting Chairman, Guilderland Democratic Committee, JACK FLYNN, individually and as Chairman or Acting Chairman, Albany County Democratic Committee, ALBANY COUNTY BOARD OF ELECTIONS, MATTHEW J. CLYNE, in his official capacity as Commissioner, Albany County Board of Elections, RACHEL L. BLEDI, in her official capacity as Commissioner, Albany County Board of Elections, BRYAN M. CLENAHAN, Candidate for Guilderland Town Justice, and GREGORY J. WIER, Candidate for Guilderland Town Highway Superintendent. | **DEFENDANT GREGORY J. WIER'S NOTICE OF MOTION TO DISMISS**<br><br>Case 1:18-cv-00846<br><br>GTS/DJS |

           Defendants.
_____

  PLEASE TAKE NOTICE, upon the accompanying the Declaration of Matthew J. Clyne, with annexed exhibit, and Memorandum of Law, defendant Gregory J. Wier will move this Court at this Court's November 1, 2018 motion return date for an order of dismissal, pursuant to Fed.R.Civ.P. 12(b)(1), upon the ground that the case fails to

1

present a "live case or controversy," and, pursuant to Fed.R.Civ.P. 12(b)(6), upon the ground that the complaint fails to state a claim upon which relief may be granted.

    PLEASE NOTE THAT response papers shall be filed as required by Local Rule 7.1 and that no oral argument is scheduled for the motion return date unless directed by the Court.

Dated:  September 19, 2018        By____*s/Peter G. Barber*_____
                                            Peter G. Barber, Esq.
                                            Bar Roll No. 301523
                                            Attorneys for Defendant Gregory J. Wier
                                            P.O. Box 1521
                                            Albany, New York, 12203
                                            Telephone:   518-369-3754