UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

CHRISTINE M. NAPIERSKI, an aggrieved candidate for public office in the Democratic Party, and EUGENE E. NAPIERSKI, an enrolled voter of the Democratic Party residing in the Town of Guilderland, New York,

                Plaintiffs,

-against-

THE GUILDERLAND DEMOCRATIC COMMITTEE, THE ALBANY COUNTY DEMOCRATIC COMMITTEE, JACOB CRAWFORD, Individually and as Chairman or Acting Chairman, Guilderland Democratic Committee, JACK FLYNN, Individually and as Chairman, Albany County Democratic Committee, ALBANY COUNTY BOARD OF ELECTIONS, MATTHEW J. CLYNE, in his official capacity as Commissioner, Albany County Board of Elections, RACHEL L. BLEDI, in her official capacity as Commissioner, Albany County Board of Elections, BRYAN M. CLENAHAN, Candidate for Guilderland Town Justice, and GREGORY J. WIER, Candidate for Guilderland Town Highway Superintendent,

                Defendants.

NOTICE OF MOTION TO DISMISS

Case No. 1:18-cv-846 (GTS/DJS)

---

Motion By:  Defendants The Guilderland Democratic Committee and Jacob Crawford

Return Date:  November 1, 2018

Supporting Papers:  Declaration of Daniel J. Centi, together with defendant Gregory J. Weir's Memorandum of Law dated September 19, 2018 and Declaration of Matthew J. Clyne filed in support of Weir's

Motion to Dismiss returnable on November 1, 2018.

Relief Sought: Judgment on the pleadings dismissing the complaint against defendants The Guilderland Democratic Committee and Jacob Crawford pursuant to Fed.R.Civ.P. 12(c)

PLEASE NOTE THAT response papers shall be filed as required by Local Rule 7.1 and that no oral argument is scheduled for the motion return date unless directed by the Court.

Dated: September 27, 2018

By: s/ Daniel J. Centi
Daniel J. Centi
Bar Roll #505609
Feeney and Centi
Attorneys for GDC and Crawford
127 Great Oaks Blvd.
Albany, New York 12203
Tel.: (518) 452-3710
E-mail: DCenti@lawfcm.com