UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

CHRISTINE M. NAPIERSKI, an aggrieved candidate for public office in the Democratic Party, and EUGENE E. NAPIERSKI, an enrolled voter of the Democratic Party residing in the Town of Guilderland, New York,

                      Plaintiffs,

-against-

THE GUILDERLAND DEMOCRATIC COMMITTEE, THE ALBANY COUNTY DEMOCRATIC COMMITTEE, JACOB CRAWFORD, individually and as Chairman or Acting Chairman, Guilderland Democratic Committee, JACK FLYNN, individually and as Chairman, Albany County Democratic Committee, ALBANY COUNTY BOARD OF ELECTIONS, MATTHEW J. CLYNE, in his official capacity as Commissioner, Albany County Board of Elections, RACHEL L. BLEDI, in her official capacity as Commissioner, Albany County Board of Elections, BRYAN M. CLENAHAN, Candidate for Guilderland Town Justice, and GREGORY J. WIER, Candidate for Guilderland Town Highway Superintendent,

                      Defendants.

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Case No. 1:18-cv-846 (GTS/DJS)

---

Plaintiffs and defendants, by and through their respective attorneys, jointly notice, move and stipulate for a dismissal of all claims against defendants alleged in the Complaint in the above captioned matter, pursuant to Fed. R. of Civ. P. 41(a)(1)(ii), and all other applicable rules. Plaintiffs and defendants further stipulate that the dismissal of this action is with prejudice and without costs, disbursements or attorneys' fees to either party as against the other.

Plaintiffs and defendants further stipulate that this Stipulation may be executed in counterparts.

Dated: January /5, 2019

NAPIERSKI, VANDENBURGH,
NAPIERSKI & O'CONNOR, LLP

By: _____
   ANDREW S. HOLLAND
*Attorneys for Plaintiffs*
296 Washington Ave. Ext.
Albany, New York 12203
(518) 862-9292


Dated: January _____, 2019

W. T. LITTLE, PLLC

By: _____
   WILLIAM T. LITTLE
*Attorneys for Defendants Albany County
Democratic Committee and Jack Flynn*
21 Colvin Avenue, Suite 102
Albany, New York 12206
(518) 543-5291


Dated: January _____, 2019

OFFICE OF JAMES E. LONG

By: _____
   ALEJANDRA N. PAULINO
*Attorneys for Defendant Bryan M. Clenahan*
668 Central Avenue
Albany, New York 12206
(518) 458-2444


Dated: January //, 2019

FEENEY AND CENTI

By: _____
   DANIEL J. CENTI
*Attorneys for Defendants Guilderland
Democratic Committee and Jacob
Crawford*
127 Great Oaks Boulevard
Albany, New York 12203
(518) 452-3710


Dated: January _____, 2019

ALBANY COUNTY ATTORNEY

By: _____
   TRACY A. MURPHY
*Attorneys for Defendants Albany County
Board of Elections, Matthew J. Clyne,
and Rachel L. Bledi*
112 State Street
Albany, New York 12207
(518) 447-7110


Dated: January _____, 2019

LAW OFFICES OF PETER G. BARBER

By: _____
   PETER G. BARBER
*Attorneys for Defendant Gregory J. Wier*
P.O. Box 1521
Guilderland, New York 12084
(518) 356-0424


**SO ORDERED**, this _____ day of January, 2019.


_____
HON. GLENN T. SUDDABY
Chief Judge, United States District Court
Northern District of New York

Dated: January _____, 2019

NAPIERSKI, VANDENBURGH,
NAPIERSKI & O'CONNOR, LLP

By: _____
    ANDREW S. HOLLAND
*Attorneys for Plaintiffs*
296 Washington Ave. Ext.
Albany, New York 12203
(518) 862-9292


Dated: January __11__, 2019

W. T. LITTLE, PLLC

By: _____
    WILLIAM T. LITTLE
*Attorneys for Defendants Albany County
Democratic Committee and Jack Flynn*
21 Colvin Avenue, Suite 102
Albany, New York 12206
(518) 543-5291


Dated: January _____, 2019

OFFICE OF JAMES E. LONG

By: _____
    ALEJANDRA N. PAULINO
*Attorneys for Defendant Bryan M. Clenahan*
668 Central Avenue
Albany, New York 12206
(518) 458-2444


Dated: January _____, 2019

FEENEY AND CENTI

By: _____
    DANIEL J. CENTI
*Attorneys for Defendants Guilderland
Democratic Committee and Jacob
Crawford*
127 Great Oaks Boulevard
Albany, New York 12203
(518) 452-3710


Dated: January _____, 2019

ALBANY COUNTY ATTORNEY

By: _____
    TRACY A. MURPHY
*Attorneys for Defendants Albany County
Board of Elections, Matthew J. Clyne,
and Rachel L. Bledi*
112 State Street
Albany, New York 12207
(518) 447-7110


Dated: January _____, 2019

LAW OFFICES OF PETER G. BARBER

By: _____
    PETER G. BARBER
*Attorneys for Defendant Gregory J. Wier*
P.O. Box 1521
Guilderland, New York 12084
(518) 356-0424


**SO ORDERED**, this _____ day of January, 2019.


_____
HON. GLENN T. SUDDABY
Chief Judge, United States District Court
Northern District of New York

2

Dated: January _____, 2019

NAPIERSKI, VANDENBURGH,
NAPIERSKI & O'CONNOR, LLP

By: _____
    ANDREW S. HOLLAND
*Attorneys for Plaintiffs*
296 Washington Ave. Ext.
Albany, New York 12203
(518) 862-9292


Dated: January _____, 2019

W. T. LITTLE, PLLC

By: _____
    WILLIAM T. LITTLE
*Attorneys for Defendants Albany County
Democratic Committee and Jack Flynn*
21 Colvin Avenue, Suite 102
Albany, New York 12206
(518) 543-5291


Dated: January _____, 2019

OFFICE OF JAMES E. LONG

By: _____
    ALEJANDRA N. PAULINO
*Attorneys for Defendant Bryan M. Clenahan*
668 Central Avenue
Albany, New York 12206
(518) 458-2444


Dated: January _____, 2019

FEENEY AND CENTI

By: _____
    DANIEL J. CENTI
*Attorneys for Defendants Guilderland
Democratic Committee and Jacob
Crawford*
127 Great Oaks Boulevard
Albany, New York 12203
(518) 452-3710


Dated: January _____, 2019

ALBANY COUNTY ATTORNEY

By: _____
    TRACY A. MURPHY
*Attorneys for Defendants Albany County
Board of Elections, Matthew J. Clyne,
and Rachel L. Bledi*
112 State Street
Albany, New York 12207
(518) 447-7110


Dated: January 14, 2019

LAW OFFICES OF PETER G. BARBER

By: _____
    PETER G. BARBER
*Attorneys for Defendant Gregory J. Wier*
P.O. Box 1521
Guilderland, New York 12084
(518) 356-0424


**SO ORDERED**, this _____ day of January, 2019.


_____
HON. GLENN T. SUDDABY
Chief Judge, United States District Court
Northern District of New York

Dated: January _____, 2019

NAPIERSKI, VANDENBURGH,
NAPIERSKI & O'CONNOR, LLP

By: _____
    ANDREW S. HOLLAND
*Attorneys for Plaintiffs*
296 Washington Ave. Ext.
Albany, New York 12203
(518) 862-9292

Dated: January _____, 2019

W. T. LITTLE, PLLC

By: _____
    WILLIAM T. LITTLE
*Attorneys for Defendants Albany County*
*Democratic Committee and Jack Flynn*
21 Colvin Avenue, Suite 102
Albany, New York 12206
(518) 543-5291

Dated: January _____, 2019
    *Alejandra N. Paulino*
OFFICE OF ~~JAMES E. LONG~~ /s

By: *Alejandra N. Paulino*
    ALEJANDRA N. PAULINO
*Attorneys for Defendant Bryan M. Clenahan*
668 Central Avenue
Albany, New York 12206
(518) 458-2444

Dated: January _____, 2019

FEENEY AND CENTI

By: _____
    DANIEL J. CENTI
*Attorneys for Defendants Guilderland*
*Democratic Committee and Jacob*
*Crawford*
127 Great Oaks Boulevard
Albany, New York 12203
(518) 452-3710

Dated: January _____, 2019

ALBANY COUNTY ATTORNEY

By: _____
    TRACY A. MURPHY
*Attorneys for Defendants Albany County*
*Board of Elections, Matthew J. Clyne,*
*and Rachel L. Bledi*
112 State Street
Albany, New York 12207
(518) 447-7110

Dated: January _____, 2019

LAW OFFICES OF PETER G. BARBER

By: _____
    PETER G. BARBER
*Attorneys for Defendant Gregory J. Wier*
P.O. Box 1521
Guilderland, New York 12084
(518) 356-0424

**SO ORDERED**, this _____ day of January, 2019.

_____
HON. GLENN T. SUDDABY
Chief Judge, United States District Court
Northern District of New York

2

Dated: January _____, 2019

NAPIERSKI, VANDENBURGH,
NAPIERSKI & O'CONNOR, LLP

By: _____
    ANDREW S. HOLLAND
*Attorneys for Plaintiffs*
296 Washington Ave. Ext.
Albany, New York 12203
(518) 862-9292


Dated: January _____, 2019

W. T. LITTLE, PLLC

By: _____
    WILLIAM T. LITTLE
*Attorneys for Defendants Albany County
Democratic Committee and Jack Flynn*
21 Colvin Avenue, Suite 102
Albany, New York 12206
(518) 543-5291


Dated: January _____, 2019

OFFICE OF JAMES E. LONG

By: _____
    ALEJANDRA N. PAULINO
*Attorneys for Defendant Bryan M. Clenahan*
668 Central Avenue
Albany, New York 12206
(518) 458-2444


Dated: January _____, 2019

FEENEY AND CENTI

By: _____
    DANIEL J. CENTI
*Attorneys for Defendants Guilderland
Democratic Committee and Jacob
Crawford*
127 Great Oaks Boulevard
Albany, New York 12203
(518) 452-3710


Dated: January _____, 2019

ALBANY COUNTY ATTORNEY

By: _____
    TRACY A. MURPHY
*Attorneys for Defendants Albany County
Board of Elections, Matthew J. Clyne,
and Rachel L. Bledi*
112 State Street
Albany, New York 12207
(518) 447-7110


Dated: January __11__, 2019

LAW OFFICES OF PETER G. BARBER

By: _____
    PETER G. BARBER
*Attorneys for Defendant Gregory J. Wier*
P.O. Box 1521
Guilderland, New York 12084
(518) 356-0424


**SO ORDERED**, this __15th__ day of January, 2019.

_____
HON. GLENN T. SUDDABY
Chief Judge, United States District Court
Northern District of New York